UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **EAGLE CONDOMINIUMS** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:21-cv-0242-C |
| § | |
| **PHILADELPHIA INDEMNITY** § | |
| **INSURANCE COMPANY** § | |
| § | |
| Defendant. § | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff Eagle Condominiums and Defendant Philadelphia Indemnity Insurance Company jointly file this Joint Notice of Settlement in Principle and show the following:

The Parties mediated this matter and reached a settlement in principle. They expect to finalize the language of the release in the coming days. Shortly after the settlement is finalized, and within 60 days of the filing of this Notice, the Parties will file a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41.

WHEREFORE, the Parties pray that the Court take notice of the Parties' settlement and take no further action in this matter until such time that the Parties file their Rule 41 Joint Stipulation of Dismissal with Prejudice.

Respectfully Submitted,

| | |
|---|---|
| */s/ Stephen A. Melendi* | */s/ Shaun W. Hodge* |
| Stephen A. Melendi | Shaun W. Hodge |
| Texas Bar No. 24041468 | Texas bar No. 24052995 |
| stephenm@tbmmlaw.com | shodge@hodgefirm.com |
| Matthew Rigney | Katherine C. Hairfield |
| Texas Bar No. 24068636 | Texas Bar No. 24117833 |
| mattr@tbmmlaw.com | khairfield@hodgefirm.com |
| Tollefson Bradley | The Hodge Law Firm, PLLC |
| Mitchell & Melendi, LLP | 1301 Market Street |
| 2811 McKinney Avenue, Suite 250 | Galveston, Texas 77550 |
| Dallas, Texas 75204 | Telephone: 409-762-5000 |
| Telephone:   214-665-0100 | Facsimile:   409-763-2300 |
| Facsimile:   214-665-0199 | **ATTORNEYS FOR PLAINTIFF** |
| **ATTORNEYS FOR DEFENDANT** | **EAGLE CONDOMINIUMS** |
| **PHILADELPHIA INDEMNITY** | |
| **INSURANCE COMPANY** | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via e-service in accordance with the Federal Rules of Civil Procedure on May 31, 2022.

                                            */s/ Stephen A. Melendi*
                                               Stephen A. Melendi