IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EAGLE CONDOMINIUMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PHILADELPHIA INDEMNITY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:21-CV-0242-C |

## ORDER

On this day, the Court considered the Parties' Joint Stipulation of Dismissal with Prejudice, filed June 24, 2022, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same.

SO ORDERED.

Dated June 27, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE